IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No.   09-CR-00079-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIA PALMAS,

    Defendant.
_____

_____

**Entered by Judge Philip A. Brimmer**

    A hearing on violations of supervised release is scheduled for **August 21, 2009 at 9:00 a.m.** in the Alfred A. Arraj Courthouse, Courtroom A701, 901 19th Street, Denver, CO.

    DATED this 17th day of July, 2009.